# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 30, 2015

149902

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

THOMSON REUTERS (TAX & ACCOUNTING), INC.,

      Plaintiff-Appellee,

v

DEPARTMENT OF TREASURY,

      Defendant-Appellant.

SC: 149902
COA: 313825
Ct of Claims: 11-000091-MT

_____/

      On order of the Chief Justice, the stipulation signed by counsel for the parties agreeing to the dismissal of this application for leave to appeal is considered, and the application for leave to appeal is DISMISSED with prejudice and without costs.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 30, 2015



Clerk

t1229